# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 00195 |
| James Clark Hatchett, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

Please take notice that on April 27, 2020, at 9:00 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 3, 2020.

/s/ *Steve Miljus*____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

```
Label Matrix for local noticing          U.S. Bankruptcy Court                      City of Chicago Department of Finance
0752-1                                   Eastern Division                           121 N La Salle St., Suite 400
Case 20-00195                            219 S Dearborn                             Chicago, IL 60602-1264
Northern District of Illinois            7th Floor
Eastern Division                         Chicago, IL 60604-1702
Fri Apr  3 08:43:40 CDT 2020

City of Chicago Department of Finance    HARRIS & HARRIS LTD                        IL Secretary of State
c/o Arnold Scott Harris P.C.             222 Merchandise Mart Plaza, Suite 1900     2701 S. Dirksen Parkway
111 W. Jackson Ste. 600                  Chicago, IL 60654-1421                     Springfield, IL 62723-0002
Chicago, IL 60604-3517


ILDCFS                                   Illinois Department of Healthcare & Family S   Illinois Dept of Children and Family Service
106 S Sixth                              509 S 6th St                                   106 S Sixth
Springfield, IL 62701                    Springfield, IL 62701-1809                     Springfield, IL 62701


Jackson Park Hospital                    The University of Chicago Hospitals        Elliott Wall
7531 S. Stony Island Ave                 5841 S Maryland Ave                        The Semrad Law Firm
Chicago, IL 60649-3993                   Chicago, IL 60637-1473                     20 S. Clark Street 28th fl
                                                                                    Chicago, IL 60603-1811


James Clark Hatchett                     Patrick S Layng                            Steve Miljus
6806 S Clyde Ave                         Office of the U.S. Trustee, Region 11      The Semrad Law Firm, LLC
Apt 1                                    219 S Dearborn St                          20 S Clark, 28th
Chicago, IL 60649-1609                   Room 873                                   Chicago, IL 60603
                                         Chicago, IL 60604-2027


Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Sheffield, Lillian                    End of Label Matrix
Unknown                                  Mailable recipients    15
Chicago, IL 60649                        Bypassed recipients     1
                                         Total                  16
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 00195 |
| James Clark Hatchett, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, James Clark Hatchett, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to enter an Order modifying the Chapter 13 Plan. Debtor states as follows:

1. On January 4, 2020, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On March 2, 2020, this Honorable Court confirmed the Debtor's Chapter 13 Plan, with secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors are to be paid 10.00% of their allowed claims.

3. That the confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $175.00 on a monthly basis for a term of 36 months.

4. Debtor is currently not working since his employer has stopped any business activity due to the situation caused by the spread of the Coronavirus (COVID-19). As a result, Debtor is deprived of his source of income thus he cannot afford the current payment and all other expenses.

5. Debtor seeks to defer the current Plan default through April of 2020 and suspend the May, June and July 2020 Plan payments.

6. Debtor respectfully requests this Honorable Court defer the current plan default to the

Case 20-00195    Doc 17    Filed 04/03/20    Entered 04/03/20 16:06:37    Desc Main
Document    Page 4 of 4

end of the plan of reorganization.

7. Debtor further requests this Honorable Court to suspend Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020.

8. That Debtor filed the instant case in good faith and intends to complete the Chapter 13 Plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. That this Honorable Court enter an Order suspending Debtor's Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020; and

C. That this Honorable Court Order any further relief as the Court may deem fair and proper.

Respectfully submitted,

　/s/ Steve Miljus
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625